UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>VICTOR MORINI<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 25-07783<br><br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER MODIFYING THE AUTOMATIC STAY

This matter coming before the Court on the motion of AMERICAN HONDA FINANCE CORPORATION for relief from the automatic stay,

IT IS ORDERED:

1. The automatic stay is modified so as not to restrain AMERICAN HONDA FINANCE CORPORATION from pursuing in rem non-bankruptcy remedies with respect to the 2024 Honda CRV motor vehicle bearing a Vehicle Identification Number of 7FARS6H86RE038625.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a), this Order will be effective immediately.

Enter: *[signature]*

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 30, 2025

**Prepared by:**

Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)
bankruptcy@sormanfrankel.com